# Court of Appeals
# of the State of Georgia

ATLANTA,___June 21, 2012_____

*The Court of Appeals hereby passes the following order:*

**A12D0405.  LEIGH NEELY v. COREY HABEGGER.**

The superior court entered a final judgment in this legitimation, custody, and visitation case on April 27, 2012.  The mother, Leigh Neely, filed a motion for new trial and, subsequently, this application for discretionary appeal.  According to the application, the motion for new trial remains pending in the trial court.

A motion for new trial extends the time for filing an application for discretionary appeal.  See OCGA § 5-6-35 (d).  Thus, this Court declines to review this application on the merits while the motion for new trial is pending. This application is hereby DISMISSED without prejudice to either party's right to seek review after the trial court rules on the motion for new trial.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 06/21/2012_____
        *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*


_____ *, Clerk.*